**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**WILLIAM S. MATTHEWS**                                                     **PETITIONER**

**v.**                                                     **NO. 4:18-CV-209-DMB-RP**

**STATE OF MISSISSIPPI, et al.**                                        **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the Order entered this day, William Matthews' petition for a writ of habeas corpus is **DISMISSED with prejudice** for failure to state a claim for habeas corpus relief, for want of substantive merit, and as untimely filed. A certificate of appealability is **DENIED**.

**SO ORDERED**, the 27th day of March, 2020.

                                                                          /s/Debra M. Brown
                                                                          **UNITED STATES DISTRICT JUDGE**